EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Teresa del Carmen Jiménez Meléndez | 2021 TSPR 35 <br><br> 206 DPR \_\_\_\_\_ |

Número del Caso:  TS-8,152


Fecha:  17 de marzo de 2021


Abogado de la parte peticionaria:

Lcdo. Guillermo Figueroa Prieto


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Teresa del Carmen Jiménez            TS-8,152
Meléndez

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de marzo de 2021.

Atendida la *Solicitud de readmisión a la práctica de la abogacía y de la notaría* presentada el 4 de marzo de 2021, se reinstala a la Sra. Teresa del Carmen Jiménez Meléndez **únicamente al ejercicio de la abogacía**.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo